

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2015

No. 04-15-00040-CV

**TEMPLETON MORTGAGE CORPORATION**,
Appellant

v.

Michael **MIDDLETON**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 10-422
Honorable N. Keith Williams, Judge Presiding

# O R D E R

  The District Clerk's Extension of time to file the Clerk's Record is this date GRANTED. Time is extended to February 27, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

Susan Jackson
District Clerk-Kendall Co.
201 E. San Antonio Street, suite 201
Boerne, TX 78006

Kenneth E. Grubbs
Law Offices of Kenneth Grubbs
Woodcock Building, Suite C-120
4241 Woodcock Drive
San Antonio, TX 78228

Keith C. Thompson
11003 Quaker Avenue
Lubbock, TX 79424